IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PINKY THAWANI, et al,

    Plaintiffs,

  v.

CUSSANDRA ROBERTSON,

    Defendant.

No. C 16-03732 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the report and recommendation of Magistrate Judge Joseph C. Spero and agrees that this unlawful detainer action, which was improperly removed to federal court, should be remanded to state court (Dkt. No. 7). No objections were filed in response to the report. Accordingly, this order **ADOPTS IN FULL** the report and recommendation of Judge Spero. This action is hereby **REMANDED** to Contra Costa Superior Court. The clerk shall please **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE